UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 29, 2015

_____

DOCKET CORRECTION NOTICE
_____

No. 14-2280,   Glory Obi v. Vantage House
1:13-cv-03820-JFM

TO:   James Charles Strouse

BRIEF, APPENDIX, AND FILING CORRECTIONS DUE:  February 2, 2015

Please make the corrections identified below and file corrected documents by the due date indicated. Use the **BRIEF** or **APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/appendix. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

[X] See Checklist: Please make corrections identified on attached checklist.

[X] The appendix should not be attached to the electronic brief and vice versa. Please use the entry "APPENDIX (electronic & paper form)" to file the appendix.

[X] Contact the Fourth Circuit ECF Help Desk for filing and ECF technical questions re: filing the appendix as one single document. Hours: 8:30 a.m. - 5:00 p.m. Eastern Time, Monday – Friday.

Amy L. Carlheim, Deputy Clerk
804-916-2702